

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                          No. 04-10067-T

MICHAEL BRAD JUMPER,

    Defendant.

### ORDER CONTINUING TRIAL AND EXCLUDING DELAY

Upon motion of counsel for defendant Michael Brad Jumper, with no objection from the government and for good cause shown, the trial date which is currently scheduled for April 25, 2005, is hereby continued. Defendant contends that additional time is needed for preparation for the trial.

The court finds that the defendant's need for a continuance for additional preparation outweighs the best interests of the public and the defendant in a speedy trial; therefore, the ends of justice will be served by granting a continuance in order to allow the defendant more time to prepare for trial. <u>Accordingly, the trial is continued from April 25, 2005, to June 13, 2005, at 9:30 A.M.</u> The resulting period of delay, from April 25, 2005, to June 13, 2005, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

A new report date is scheduled for June 7, 2005, at 9:00 a.m.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

21 April 2005
DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  04-22-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 1:04-CR-10067 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

A. Russell Larson
LAW OFFICES OF A. RUSSELL LARSON
P.O. Box 2163
Jackson, TN 38302--216

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT