# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                      No. 04-10067-T

MICHAEL BRAD JUMPER,

    Defendant.

## ORDER CONTINUING TRIAL AND REPORT DATE AND EXCLUDING DELAY

Upon motion of counsel for the government, with no objection from defense counsel and for good cause shown, the report date which is currently scheduled for June 7, 2005, and the trial date which is currently scheduled for June 13, 2005, are hereby continued. The government contends that additional time is needed to prepare for trial.

The court finds that the government's need for a continuance for additional preparation outweighs the best interests of the public and the defendant in a speedy trial; therefore, the ends of justice will be served by granting a continuance in order to allow the government more time to prepare for trial. <u>Accordingly, the trial is continued from June 13, 2005, to June 20, 2005, at 9:30 A.M.</u> The resulting period of delay, from June 13, 2005, to June 20, 2005, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

A new report/motion date has been set for June 13, 2005, at 9:15 a.m.

IT IS SO ORDERED.

                                /s/ James D. Todd
                                JAMES D. TODD
                                UNITED STATES DISTRICT JUDGE

                                6 June 2005
                                DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 06-07-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 1:04-CR-10067 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

A. Russell Larson
LAW OFFICES OF A. RUSSELL LARSON
P.O. Box 2163
Jackson, TN 38302--216

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT